UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GAO GAO, et al.,

                Plaintiffs,                              25-CV-5660 (JAV) (HJR)

      -v-                                                    ORDER

XIANJUN MENG, et al.,

                Defendants.

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Defendants Samuel Newbold and Chiesa Shahinian & Giantomasi PC ("Removing Defendants") removed this action from the Supreme Court of the State of New York, New York County ("New York Supreme Court"). ECF No. 3. On August 8, 2025, Plaintiffs filed a motion to remand this matter to state court. *See* ECF No. 7. On September 5, 2025, Removing Defendants indicated that they do not oppose the remand motion, as the remaining defendants in this matter have declined to consent to removal. *See* 28 U.S.C. § 1446(b)(2)(A).

      Accordingly, it is hereby ORDERED that this matter is REMANDED to the New York Supreme Court. The Clerk of the Court is respectfully directed to send a copy of this Order to the New York Supreme Court and to close this action. All pending matters are hereby terminated.
.

SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                                                               _____
                                                                               JEANNETTE A. VARGAS
                                                                               United States District Judge